UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIBRADO SOLANO, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DAVIS et al., <br><br> Defendants. | No. CV 13-01164-ODW (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.

2. Defendants' motion for summary judgment is denied as to Plaintiff's excessive force claim against Defendants Kerekes and Ascedo and Plaintiff's failure to intervene claim against Defendant Dullen.

///

3. Defendants' motion for summary judgment is granted as to Plainitff's claims against Defendants Starfas and Johnson as well as Plaintiff's deliberate indifference to medical needs claim.

Dated: November 17, 2014

OTIS D. WRIGHT II
United States District Judge