# United States District Court
# Central District of California

| | |
|---|---|
| LIBRADO SOLANO, JR., <br>     Plaintiff, <br>   v. <br> MR. STARFAS; MR. DULLEN; MR. JOHNSON; OFFICER ALCEDO; and OFFICER KREKES, <br>     Defendants. | Case № 2:13-cv-01164-ODW (DFMx) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

On December 9, 2016, Mediator Erica Bristol filed a report with the Court indicating that a settlement had been reached in this case. (ECF No. 88.) The parties were advised at that time to promptly notify the courtroom clerk of their settlement and move for dismissal. (*Id.*) It is now January 13, 2017, and the parties still have not filed a notice of settlement or stipulation for dismissal with the Court. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 23, 2016, why settlement has not been finalized.

**IT IS SO ORDERED**

January 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**