JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LIBRADO SOLANO, JR., | No. 2:13-CV-01164-ODW-DFMx |
|---|---|
| Plaintiff, | ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE |
| vs. | |
| MR. STARFAS et al., | |
| Defendants. | |

GOOD CAUSE appearing,

IT IS HEREBY ORDERED that pursuant to the settlement of this action, this action is dismissed with prejudice.

DATED: February 27, 2017

By: _____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

Presented by:
Jeff Dominic Price, Esq.
Attorney for Plaintiff

1 - ORDER ON STIPULATION TO DISMISSAL WITH PREJUDICE